## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2367 Disciplinary Docket No. 3

:

                Petitioner : File No. C2-16-401

:

                v. : Attorney Registration No. 36435

:

MARLENE EVELYN JOSEPH : (Montgomery County)

:

                Respondent :


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2017, upon consideration of the Certificate of Admission of Disability by Attorney, Marlene Evelyn Joseph is immediately transferred to inactive status for an indefinite period and until further Order of the Court per Pa.R.D.E. 301(e). She shall comply with all of the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance except for the perpetuation of testimony and the preservation of documentary evidence.